## STATEMENT OF FACTS

On Sunday, December 8, 2019 at approximately 4:50 p.m., members of the Metropolitan Police Department (MPD) Seventh District Crime Suppression Team (CST) were patrolling the 1700 block of Savannah Street Southeast in Washington, D.C. when they observed a group of adult individuals standing inside of the entrance of the playground directly adjacent to 1710 Savannah Street Southeast.

As the officers approached the group in a vehicle, they observed an individual later identified as Norman Murphy (Defendant Murphy) attempt to conceal himself behind another individual, remove an object from his person and walk toward the back of the playground with the object in his right hand. As officers exited the vehicle, Defendant Murphy continued to walk away from officers. Officers observed Defendant Murphy toss the object from his right hand to the back fence of the playground, then return to the group of congregated adults.

Officer Dean walked directly to the area where the object landed at the back fence of the playground and observed a firearm on the ground. No other person was seen in the area in the very brief time between the toss of the object by Defendant Murphy and the discovery of the firearm by Officer Dean. There were no other objects in the area. Defendant Murphy was placed under arrest.

The firearm recovered is a Sig Sauer, model Sig P220, .45 caliber firearm with a serial number of 37A032370.  At the time it was recovered, it was loaded with one round in the chamber and six (6) rounds in the 10-round capacity magazine. There are no firearms manufacturers in the District of Columbia.

A criminal history check of Defendant Murphy through the National Crime Information Center confirmed that the defendant has a prior felony conviction in the Superior Court for the District of Columbia for Attempt Possession with Intent to Distribute PCP, case number 2006 CF2 026517. This crime is punishable by more than one year in the District of Columbia.

_____
OFFICER RICARDO PEREZ
METROPOLITAN POLICE DEPARTMENT

SWORN AND SUBSCRIBED BEFORE ME ON THE _____ DAY OF DECEMBER, 2019.

_____
ROBIN M. MERIWEATHER
U.S. MAGISTRATE JUDGE